1  L. Bishop Austin, SBN 175497
   L. BISHOP AUSTIN & ASSOCIATES
2  3250 Wilshire Blvd., Ste 1500
   Los Angeles, CA 90010
3  Tel: (213)388-4939  Fax (213)388-2411
   Email: lbishopbk@yahoo.com
   Attorney for Debtor(s)
4

5              **UNITED STATES BANKRUPTCY COURT**

6        **CENTRAL DISTRICT OF CALIFORNIA SANTA ANA DIVISION**

7
   In Re:                         CHAPTER 7
8                                 CASE NO. 8:09-BK-15500-ES

9                                 NOTICE OF MOTION; MOTION TO REOPEN
                                  CHAPTER 7 PROCEEDING  "NO ASSET
10 KATHY MILAGROS LLAURY-ACOSTA    CASE" TO ALLOW THE FILING OF THE
                                  DEBTOR'S CERTIFICATION OF
11                                COMPLETION OF POSTPETION
                                  INSTRUCTIONAL COURSE CONCERNING
12                                PERSONAL FINANCIAL MANAGEMENT;
            Debtor(s)             DECLARATION OF DEBTOR KATHY
13                                MILAGROS LLAURY-ACOSTA IN SUPPORT
                                  THEREOF; PROOF OF SERVICE
14
                                  DATE: February 9, 2010
15                                TIME: 10:30 A.M.
                                  CTRM: 5A
16                                      411 W. FOURTH ST.
                                        SANTA ANA, CA 92710
17
        TO HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, AND
18
   ALL INTERESTED PARTIES:
19
        PLEASE TAKE NOTICE that at the date, time and place noted above,
20
   Kathy Milagros Llaury-Acosta, debtor in the above-referenced case,
21
   will move this Court for an order to reopen the within Chapter 7
22
   proceeding "No Asset Case" to allow the filing of the Debtor's
23
   Certification of completion of postpetition instructional course
24
   concerning personal financial management. This motion is based upon de
25
   notice of motion, the motion, the attached memorandum of Points and
26
   Authorities, and the attached declaration of the debtor in support.
27
   **This motion is being heard on regular notice pursuant to Local**
   **Bankruptcy rule 9013. If you wish to oppose this motion, you must file**
28

                                     1

1  a written response with the Bankruptcy Court and serve a copy of it

2  upon the Movant or Movant's attorney at the address set forth above no

3  less than fourteen (14) days prior to the above hearing date. If you

4  fail to file a written response to this MOTION within such time

5  perior, the Court may treat such failure as a waiver of your right to

6  oppose the Motion and may grant the requested relief.

7

8  Dated: *January 5, 2010*                    Respectfully submitted,

9                                              LAW OFFICES OF L BISHOP AUSTIN

10

11                                      By: _____
                                            L. Bishop Austin, SBN 175497
12                                          Attorney for debtor(s)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## MOTION TO REOPEN BANKRUPTCY CASE TO

2

3      Debtor, Kathy Milagros Llaury-Acosta moves this Court for an

4  Order reopening the above-captioned Chapter 7 case in order to file

5  the Debtor's Certification of completion of postpetition instructional

   course concerning personal financial management.
6
       This motion is based on Point and Authorities and the attached
7  declaration of Debtor Kathy Milagros Llaury-Acosta.

8

9

10

11  Dated: *January 5, 2010*                    Respectfully submitted,

12                                              **LAW OFFICES OF L BISHOP AUSTIN**

13                                      By:

14                                              L. Bishop Austin, SBN 175497
                                                Attorney for debtor(s)
15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**MEMORANDUM OF POINTS AND AUTHORITIES**

I

**A BANKRUPTCY CASE MAY BE RE-OPENDED BY THE COURT**

**TO PROVIDE RELIEF FOR THE DEBTOR**

Title 11 U.S.C. Section 350(b), Bankruptcy Rule 5010.

Also see Advisory Committee Note to Bankruptcy Rule 5010.

The re-opening of a case is discretionary with the Court. Is has been denied in cases where the debtor waited a long time to request a re-opening of the amounts involved were small.

See Saper v. Viviana, 226 F.2d 608; and Matter of Smith & Co., 52 F.2d 212.

In the present case, this bankruptcy was closed on November 25, 2009. (Exhibit "A").

Dated: *January 5, 2010*                        Respectfully submitted,

**LAW OFFICES OF L BISHOP AUSTIN**

By: _____

L. Bishop Austin, SBN 175497
Attorney for debtor(s)

### DECLARATION OF DEBTOR IN SUPPORT OF MOTION

### TO REOPEN TO ALLOW FILING DEBTOR'S CERTIFICATION OF POSTPETITION

### INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

I, Kathy Milagros Llaury-Acosta, hereby declare:

1.     I am the debtor in the above-referenced case.

2.     The following facts are true of my own knowledge and belief and if called to testify as a witness in this matter, I could and would, testify competently in such capacity.

3.     This case was commenced on June 6, 2009 with the filing of the Chapter 7 Petition case no. 8:09-bk-15500-ES. The 341(a) Meeting of Creditors was held on July 17, 2009.

4.     I did not receive my Discharge because I did not complete the Financial Management Course as required by the Court. This case was closed on November 25, 2009 without the Discharge. (exhibit "B").

6.     The reason I did not complete the Financial Management Course is because I have been in medical treatment in-out at the medical center "Gateway to Recovery" located at 12362 Zeta Street, Garden Grove, CA 92840. I have attached a letter (See exhibit "C") from the Assistant Director to verify that I was a resident of that facility, and due to that situation I was unable to complete the Financial Management Course on time and filed it in Court.

7.     On December 21, 2009 I received my Certificate of Debtor Education # 00437-CAC-De-009377021 (Exhibit "D"), and it was filed in Court on December 28, 2009 (Exhibit "E").

7.     I ask the Court to reopen my case and allow me to file the Debtor's Certification of completion of postpetition instructional course concerning personal financial management, and let me receive my Discharge of Debts properly.

1        I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED

2    STATES OF AMERICA AND THE STATE OF CALIFORNIA THAT THE FOREGOING IS

3    TRUE AND CORRECT.

4    Executed this 5ᵗʰ day of JANUARY, 2010 at Los Angeles, California.

5

6    Kathy Milagros Llaury-Acosta

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE BY MAIL**

2

I,   MOISES LOPLEZ   declare that:

3

I am employed in the County of Los Angele's, California. My business

4  address is: 3250 Wilshire Blvd., Ste 1500, Los Angeles, CA 90010.   I
am over the age of eighteen years and not a party to this cause.

5

On JANUARY 5, 2010                    , I served the:

6

**NOTICE OF MOTION; MOTION TO REOPEN CHAPTER 7 PROCEEDING  "NO ASSET**

7  **CASE" TO ALLOW THE FILING OF THE FINANCIAL MANAGEMENT COURT;
DECLARATION OF DEBTOR KATHY MILAGROS LLAURY-ACOSTA IN SUPPORT THEREOF;**

8  **PROOF OF SERVICE**

9  in said cause by placing a true and correct copy thereof enclosed in a
sealed envelope with postage thereon fully prepaid in the United

10  States Mail at Los Angeles, California, addressed as follows:

11  OFFICE OF THE U.S. TRUSTEE
725 S. FIGUEROA ST., 26TH FL

12  LOS ANGELES, CA 90017

13  CHAPTER 7 TRUSTEE
JEFFREY I GOLDEN

14  WEILAND, GOLDEN SMILRY, WANG EKVA
PO BOX 2470

15  COSTA MESA, CA 92628

16  **** SEE ATTACHED ADDITIONAL SERVICE LIST ***

17

18

19  I declare under penalty of perjury that the foregoing is true and
correct and that this declaration was executed on JANUARY 5, 2010

20  at Los Angeles, California.

21

22                                    _____
Moises Lopez

23

24

25

26

27

28

7

KATHY MILAGROS LLAURY-ACOSTA
6702 NAOMI AVE
BUENA PARK, CA 90620


L. BISHOP AUSTIN
L. BISHOP AUSTIN & ASSOCIATES
3250 WILSHIRE BLVD., STE 1500
LOS ANGELES, CA 90010

KATHY MILAGROS LLAURY-ACOSTA
6702 NAOMI AVE
BUENA PARK, CA 90620


ASSOCIATED CREDITORS EXCHANGE, INC
PO BOX 33130
PHOENIX, AZ 85067


BANK OF AMERICA
PO BOX 15726
WILMINGTON, DE 19886


BANK OF AMERICA
LINCOLN-VALLEY VIEW DR
8955 VALLEY VIEW ST
BUENA PARK, CA 90620


CHAPTER 7 TRUSTEE JEFREY I GOLDEN
WEILAND, GOLDEN, SMILEY, WANG EKVA
PO BOX 2470
COSTA MESA, CA 92628


CHASE AUTO FINANCE
PO BOX 78101
PHOENIX, AZ 85062


CITI CARDS
PO BOX 6940
THE LAKES, NV 88901


COLLECT AMERICA COMMERSIAL SERVICES
16011 COLLEGE BLVD
STE 101
LENEXA, KS 66219

DISCOVER CARD
PO BOX 30395
SALT LAKE CITY, UT 84130


DISCOVER CARD
PO BOX 6103
CAROL STREAM, IL 60197


EQUIFAX CREDIT INFORMATION
BANKRUPTCY NOTIFICATION
PO BOX 740241
ATLANTA, GA 30374


EXPERIAN
BANKRUPTCY NOTIFICATION
475 ANTON BLVD
COSTA MESA, CA 92626


GLOBAL PAYMENTS CHECK SERVICES, INC
PO BOX 661038
CHICAGO, IL 60666


MACYS
PO BOX 183084
COLUMBUS, OH 43218


NORDSTROM FSB
ATTENTION: BANKRUPTCY DEPARTMENT
PO BOX 6566
ENGLEWOOD, CO 80155


NORTHLAND GROUP INC
PO BOX 390905
MINNEAPOLIS, MN 55439

T-MOBILE
PO BOX 51843
LOS ANGELES, CA 90051


TARGET NATIONAL BANK
MAIL STOP 2BD
PO BOX 9475
MINNEAPOLIS, MN 55440


THE BEST SERVICE COMPANY
10780 SANTA MONICA BLVD
STE 140
LOS ANGELES, CA 90025


TRANS UNION CREDIT BUREAU
BANKRUPTCY NOTIFICATION
PO BOX 2000
CHESTER, PA 19022


US BANK
PO BOX 790408
SAINT LOUIS, MO 63179

FormCACB 102 (AO:ch7closedwodischarge)
(10/05)

# United States Bankruptcy Court
## Central District Of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593**

# NOTICE OF CHAPTER 7 CASE CLOSED
# WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**             **BANKRUPTCY NO.** 8:09-bk-15500-ES
Kathy Milagros Llaury-Acosta            **CHAPTER** 7
**SSN:** xxx-xx-4440
**EIN:** N/A

6702 Naomi Ave
Buena Park, CA 90620

All creditors and parties in interest are notified that the above-captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

BY THE COURT,

Dated: November 25, 2009                **Jon D. Ceretto**
Clerk of Court

(Form rev. 10/05) VAN-102 clsnodsc                                    **11 / MWI**

EXHIBIT "A"

**CLOSED**

# U.S. Bankruptcy Court
## Central District Of California (Santa Ana)
### Bankruptcy Petition #: 8-09-bk-15500-ES

*Date filed:* 06/06/2009
*Date terminated:* 11/25/2009

*Assigned to:* Erithe A. Smith
Chapter 7
Voluntary
No asset

*Debtor disposition:* Discharge Withheld for Failure
to Submit Cert of Instructional Course for Personal
Financial Mgmt

**Debtor**
**Kathy Milagros Llaury-Acosta**
6702 Naomi Ave
Buena Park, CA 90620
SSN / ITIN: xxx-xx-4440

represented by **Leroy Bishop Austin**
3250 Wilshire Blvd Ste 1500
Los Angeles, CA 90010-1502
213-388-4939
Fax : 213-388-2411
Email: lbishopbk@yahoo.com

**Trustee**
**Jeffrey I Golden**
Weiland, Golden, Smiley, Wang Ekva
P.O. Box 2470
Costa Mesa, CA 92628-2470
(714) 966-1000

**U.S. Trustee**
**United States Trustee (SA)**
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-4593

| Filing Date | # | Docket Text |
|---|---|---|
| 06/06/2009 | 1 | Chapter 7 Voluntary Petition . Fee Amount $299 Filed by Kathy Milagros Llaury-Acosta (Austin, Leroy) (Entered: 06/06/2009) |
| 06/06/2009 | 2 | Declaration Re: Electronic Filing Filed by Debtor Kathy Milagros Llaury-Acosta. (Austin, Leroy) (Entered: 06/06/2009) |
| 06/06/2009 | 3 | Certificate of Credit Counseling Filed by Debtor Kathy Milagros |

EXHIBIT "B"

|  |  | Llaury-Acosta. (Austin, Leroy) (Entered: 06/06/2009) |
|---|---|---|
| 06/06/2009 | 4 | Debtor's Certification of Employment Income Filed by Debtor Kathy Milagros Llaury-Acosta. (Austin, Leroy) (Entered: 06/06/2009) |
| 06/06/2009 | 5 | Statement of Social Security Number(s) Form B21 Filed by Debtor Kathy Milagros Llaury-Acosta. (Austin, Leroy) (Entered: 06/06/2009) |
| 06/06/2009 |  | Receipt of Voluntary Petition (Chapter 7)(8:09-bk-15500) [misc,volp7] ( 299.00) Filing Fee. Receipt number 9509239. Fee amount 299.00. (U.S. Treasury) (Entered: 06/06/2009) |
| 06/06/2009 | 6 | Meeting of Creditors with 341(a) meeting to be held on 07/17/2009 at 09:00 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. Objections for Discharge due by 09/15/2009. (Austin, Leroy) (Entered: 06/06/2009) |
| 06/08/2009 | 7 | Notice of Requirement to Complete Course in Financial Management (BNC) . (Shimizu, Tina) (Entered: 06/08/2009) |
| 06/10/2009 | 8 | BNC Certificate of Service (RE: related document(s) 6 Meeting (Chapter 7)) No. of Notices: 18. Service Date 06/10/2009. (Admin.) (Entered: 06/10/2009) |
| 06/10/2009 | 9 | BNC Certificate of Service (RE: related document(s) 7 Notice of Requirement to Complete Course in Financial Management (BNC)) No. of Notices: 4. Service Date 06/10/2009. (Admin.) (Entered: 06/10/2009) |
| 07/11/2009 | 10 | Summary of Schedules *Amended*, Amended Schedule F Filed by Debtor Kathy Milagros Llaury-Acosta. (Attachments: # 1 Amended Schedule# 2 Service List) (Austin, Leroy) (Entered: 07/11/2009) |
| 07/11/2009 |  | Receipt of Schedule F - Creditors Holding Unsecured Nonpriority Claims(8:09-bk-15500-ES) [misc,schf] ( 26.00) Filing Fee. Receipt number 9880690. Fee amount 26.00. (U.S. Treasury) (Entered: 07/11/2009) |
| 07/23/2009 |  | Chapter 7 Trustee's Report of No Distribution: I, Jeffrey I Golden, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify |

B - 1

| | | |
|---|---|---|
| | | that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 2 months. Assets Abandoned: $ 9225.00, Assets Exempt: $ 4089.00, Claims Scheduled: $ 70072.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment: $ 70072.00. Filed by Trustee Jeffrey I Golden (RE: related document(s) 6 Meeting of Creditors with 341). (Golden, Jeffrey) (Entered: 07/23/2009) |
| 11/25/2009 | 11 | Case closed without discharge. Debtor has not filed a Financial Management Course Certificate proving compliance with the required instructional course requirement for discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Financial Management Course Certificate, the debtor(s) must pay the full filing fee due for filing such a motion (BNC) (Wang, Melissa) (Entered: 11/25/2009) |
| 11/27/2009 | 12 | BNC Certificate of Service (RE: related document(s) 11 Case Closed Without Discharge Ch 7 (BNC)) No. of Notices: 22. Service Date 11/27/2009. (Admin.) (Entered: 11/27/2009) |
| 12/28/2009 | 13 | Financial Management Course Certificate Filed Filed by Debtor Kathy Milagros Llaury-Acosta. (Austin, Leroy) (Entered: 12/28/2009) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/05/2010 09:55:36 | | |
| **PACER Login:** | hu0043 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:09-bk-15500-ES Fil or Ent: filed From: 10/7/2005 To: 1/5/2010 Doc From: 0 Doc To: 99999999 Term: included Format: html |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

B-2

# Gateway to Recovery

*"Providing Transitional Housing for Men and Women Seeking a New Life"*

12-29-2009

To whom it may concern,

This is to verify that Kathy Llaury became a resident of Gateway to Recovery's women's facility in Garden Grove, CA on 8-14-2009. She came to us directly from the Roque Center Detox, also in Garden Grove.

Gateway to Recovery is a non-profit, public benefit corporation providing transitional housing to adult men and women seeking to address substance abuse issues. Our program philosophy is based on the twelve steps of Alcoholics Anonymous which has since 1935 proven to be the most effective method of recovery.

As a resident Ms. Llaury attended AA meetings daily, worked closely with a sponsor and volunteered in the community. Shortly after her arrival she informed us that she had pending legal issues. We suggested that she take care of these as soon as possible and to that end she turned herself in on 10-13-2009. She contacted us immediately upon her release and is again actively participating in a program of recovery.

Please contact me with any questions or concerns.

Thank you,

Alan Hayes
Assistant Director-Gateway to Recovery

EXHIBIT "C"

*12362 Zeta Street • Garden Grove, CA, 92840 • (714) 213-4290*

Certificate Number: 00437-CAC-DE-009377021

Bankruptcy Case Number: 09-15500

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on December 21, 2009          , at 10:58          o'clock AM MST          ,

Kathy Llaury-Acosta                              completed a course on personal financial

management given by internet                    by

Black Hills Children's Ranch, Inc.                                          ,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Central District of California          .


Date: December 21, 2009          By     /s/Kagney Mosteller

                                 Name   Kagney Mosteller

                                 Title  Credit Counselor


EXHIBIT "D"

## Miscellaneous:

8:09-bk-15500-ES Kathy Milagros Llaury-Acosta **Closed** 11/25/2009

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 8 (Santa Ana) |
| Assets: n | Debtor disposition: Discharge Withheld for Failure to Submit Cert of Instructional Course for Personal Financial Mgmt | Judge: ES |

Case Flag: CLOSED

### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Leroy Bishop Austin entered on 12/28/2009 at 5:24 PM PST and filed on 12/28/2009

**Case Name:**     Kathy Milagros Llaury-Acosta
**Case Number:**     8:09-bk-15500-ES
**WARNING: CASE CLOSED on 11/25/2009**
**Document Number:** 13

**Docket Text:**
Financial Management Course Certificate Filed Filed by Debtor Kathy Milagros Llaury-Acosta. (Austin, Leroy)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Q:\ECF\Llaury, kathy Mi;lagros\Financial Course.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=12/28/2009] [FileNumber=30735745
-0] [a3f072e8ef8d7593d3dfabca1b95b38bb00670972031c758e594099b757c45b1e
d4a8c5800b8ba07bcc422431c9887ec2ce427c3d44661b778e450e8c028d5d1]]

**8:09-bk-15500-ES Notice will be electronically mailed to:**

Leroy Bishop Austin on behalf of Debtor Kathy Llaury-Acosta
lbishopbk@yahoo.com

Jeffrey I Golden
ljones@wgllp.com, jgolden@ecf.epiqsystems.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

**8:09-bk-15500-ES Notice will not be electronically mailed to:**

EXHIBIT "E"

B23 (Official Form 23) (12/08)

# United States Bankruptcy Court
## Central District of California

In re    Kathy Milagros Llaury-Acosta
_____
                    Debtor(s)

Case No.    8:09-bk-15500-ES
Chapter     7

# DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

■ I,  **Kathy Milagros Llaury-Acosta** , the debtor in the above-styled case, hereby certify that on  **12/21/2009** , I completed an instructional course in personal financial management provided by  **Black Hills Children's Ranch, Inc.** , an approved personal financial management provider.

Certificate No. (if any):  **00437-CAC-DE-009377021** .

□ I,  _____ , the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]:*

□ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);

□ Active military duty in a military combat zone; or

□ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:    _K Y X_____
                        **Kathy Milagros Llaury-Acosta**

Date:    _12/28/09_____

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

E-1